■ In the Matter of the Claim of FREDERICK KESTER, Respondent. FALLER, KLENK & QUINLAN, INC., Appellant. LILLIAN ROBERTS, as Commissioner of Labor, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 22, 1985.

Decision affirmed, without costs *(see, Matter of Murello [Adams Darcy Art—Roberts],* 108 AD2d 974). Mahoney, P. J., Kane, Casey and Weiss, JJ., concur.